# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHONDRELL STEPHENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 21 CV 338 |
| | ) |
| CITY OF CHICAGO and CHICAGO POLICE | ) |
| OFFICERS WILFREDO ORTIZ, Star #9748, | ) |
| and ADAM ALTENBACH, Star #13832, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, SHONDRELL STEPHENSON, by and through counsel, BRANDON BROWN, THE BROWN LAW LTD., and complaining of the defendants, CITY OF CHICAGO and CHICAGO POLICE OFFICERS WILFREDO ORTIZ, Star#9748, and ADAM ALTENBACH, Star #13832, states as follows:

### INTRODUCTION

This is a civil action seeking damages against defendants for committing acts under color of law, and depriving Plaintiff of his rights secured by the Constitution and laws of the United States of America.

### JURISDICTION

1. This action is brought pursuant to the Civil Rights Act, 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the United States Constitution.

2. The jurisdiction of this Court is invoked pursuant to the judicial code 28 U.S.C. § 1331 and 1343 (a); the Constitution of the United States; and pendent jurisdiction as provided under U.S.C. § 1367(a).

## PARTIES

3. PLAINTIFF SHONDRELL STEPHENSON is a citizen of the United States of America, who, at all times relevant, resided in Cook County, Illinois.

4. DEFENDANTS WILFREDO ORTIZ, Star #9748 and ADAM ALTENBACH, Star #13832, ("Defendant Officers"), were, at the time of this occurrence, duly licensed Chicago Police Officers. They engaged in the conduct complained of in the course and scope of their employment and under color of law. They are sued in their individual capacities.

5. DEFENDANT CITY OF CHICAGO ("City") is a municipal corporation duly incorporated under the laws of the State of Illinois, and is the principal employer of the Individually Named Defendant Officers.

## FACTS

6. On July 4, 2017, at or around 1:25 pm, Plaintiff SHONDRELL STEPHENSON was at a "friends and family" cookout celebrating Independence Day at the private residence located at 10019 S. State Street, Chicago, Illinois.

7. Defendant Officers, without a warrant, reasonable and articulable suspicion or any other lawful basis, entered on and into the backyard and/or otherwise inside of the private property and conducted a "*Terry*" stop on Plaintiff SHONDRELL STEPHENSON.

8. Defendant Officers heinously disregarded and interrupted a peaceful friendly Independence Day afternoon gathering on July 4, 2017.

9. Prior to the Defendant Officers interrupting the aforementioned Independence Day gathering, said Defendant Officers had not received any calls for any disturbances or unlawful activity at 10019 S. State Street, Chicago, IL.

10. Plaintiff SHONDRELL STEPHENSON was subsequently arrested by Defendant Officers. Plaintiff's arrest was made without a warrant or probable cause. Immediately before he was arrested by the Defendant Officers, Plaintiff was not violating any laws, rules or ordinances. As the Plaintiff was being arrested, he was not violating any laws, rules, or ordinances. There was no probable cause or justification for the arrest of Plaintiff SHONDRELL STEPHENSON on July 4, 2017.

11. After arresting Plaintiff, Defendant Officers commenced criminal proceedings against SHONDRELL STEPHENSON. There was no probable cause or legal justification to commence criminal proceedings against the Plaintiff.

12. The criminal proceedings against the Plaintiff were all subsequently resolved in a manner affirmative and indicative of the Plaintiff's innocence.

13. At the time that the Plaintiff was arrested, Defendant Officers knew that there was no probable cause or legal justification to arrest the Plaintiff.

14. The acts of the Defendant Officers were intentional, willful and wanton and pursuant to the policy or custom of the Chicago Police Department wherein they place false charges on individuals in order to cover up their misconduct.

15. As a direct and proximate result of the unlawful actions of the defendants, Plaintiff was injured, including physical injuries, pain and suffering, humiliation, embarrassment, fear, emotional trauma, mental anguish, the deprivation of his constitutional rights and dignity, interference with a normal life, lost time, and attorneys' fees.

## COUNT I: 42 U.S.C. § 1983 – False Arrest

### Against Defendant Officers

16. Plaintiff realleges each of the foregoing paragraphs as if fully set forth herein.

17. The actions of the Defendant Officers, described above, knowingly caused Plaintiff to be arrested and imprisoned without probable cause or any other justification, constituted a deliberate indifference to Plaintiff's right under the U.S. Constitution in violation of the Fourth and Fourteenth Amendment.

18. As a proximate result of the above-detailed actions, Plaintiff was injured, including the deprivation of his liberty and the taking of his person. In addition, the violations proximately caused Plaintiff mental anguish, embarrassment, and humiliation, exposed him to public scandal and disgrace, and caused him to incur various expenses, including but not limited to attorneys' fees, all to Plaintiff's damage.

WHEREFORE the Plaintiff, SHONDRELL STEPHENSON, purusant to 42 U.S.C. §1983, demands judgment against the Defendant Officers, ORTIZ, Star #9748, and ALTENBACH, Star #13832, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

## COUNT II: 42 U.S.C. § 1983 – Illegal Seizure

### Against Defendant Officers

19. Plaintiff realleges each of the foregoing paragraphs as if fully set forth herein.

20. The actions of Defendant Officers, described above, knowingly caused Plaintiff to be unreasonably searched and seized in violation of Plaintiff's right under U.S. Constitution in violation of the Fourth and Fourteenth Amendment.

21. As a proximate result of the above-detailed actions, Plaintiff was injured, including the deprivation of his liberty and the taking of his person. In addition, the violations proximately caused Plaintiff mental anguish, embarrassment, and humiliation, exposed

him to public scandal and disgrace, and caused him to incur various expenses, including but not limited to attorneys' fees, all to Plaintiff's damage.

WHEREFORE the Plaintiff, SHONDRELL STEPHENSON, purusant to 42 U.S.C. §1983, demands judgment against the Defendant Officers, ORTIZ, Star #9748, and ALTENBACH, Star #13832, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

### COUNT III: 42 U.S.C. § 1983 – Unlawful Pretrial Detention
### Against Defendant Officers

22. Plaintiff realleges each of the foregoing paragraphs as if fully set forth herein.

23. The actions of the Defendant Officers, described above, knowingly caused Plaintiff to be arrested, imprisoned and detained without probable cause or any other justification, constituted a deliberate indifference to Plaintiff's right under U.S. Constitution in violation of the Fourth and Fourteenth Amendment.

24. As a proximate result of the above-detailed actions, Plaintiff was injured, including the deprivation of his liberty and the taking and restriction of his person. In addition, the violations proximately caused Plaintiff mental anguish, embarrassment, and humiliation, exposed him to public scandal and disgrace, and caused him to incur various expenses, including but not limited to attorneys' fees, all to Plaintiff's damage.

WHEREFORE the Plaintiff, SHONDRELL STEPHENSON, purusant to 42 U.S.C. §1983, demands judgment against the Defendant Officers, ORTIZ, Star #9748, and ALTENBACH, Star #13832, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable

and just.

## COUNT IV: Conspiracy to Deprive Constitutional Rights

### Against Defendant Officers

25. Plaintiff realleges each of the foregoing paragraphs as if fully set forth herein.

26. As described more fully above, Defendant Officers reached an agreement amongst themselves to punish Plaintiff for a crime he did not commit, and to thereby deprive Plaintiff of his Constitutional rights, all as described more fully throughout this Complaint.

27. In this manner, Defendant Officers, acting in concert with each other, have conspired by concerted action to accomplish an unlawful purpose by an unlawful means.

28. In furtherance of the conspiracy, each of the co-conspirators committed overt acts and was an otherwise willful participant in joint activity.

29. As a direct and proximate result of the illicit prior agreement referenced above, Plaintiff's rights were violated, and he suffered damages, severe emotional distress and anguish, and a deprivation of his liberty, as is more fully alleged above.

30. The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of Plaintiff and others.

31. As a proximate result of the above-detailed actions of Defendant Officers, Plaintiff was injured, including the deprivation of his liberty. In addition, the violations proximately caused Plaintiff mental anguish, embarrassment, and humiliation, exposed him to public scandal and disgrace, and caused him to incur various expenses, all to Plaintiff's damage.

WHEREFORE the Plaintiff, SHONDRELL STEPHENSON, purusant to 42 U.S.C. §1983, demands judgment against the Defendant Officers, ORTIZ, Star #9748, and

ALTENBACH, Star #13832, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

## COUNT V: False Arrest/Imprisonment (State Law Claim)

### Against All Defendants

32. Plaintiff realleges each of the foregoing paragraphs as if fully set forth herein.

33. By the actions detailed above, Defendant Officers arrested and/or imprisoned the Plaintiff, or caused the Plaintiff to be arrested and/or imprisoned, without a warrant, without probable cause and without legal justification. Due to arrest, the Plaintiff had his liberty to move about restrained by the Defendant Officers.

34. The misconduct was undertaken by the Defendant Officers under color of law, under the course and scope of their employment as police officers for Defendant City, was objectively unreasonable, with malice, and was undertaken intentionally and was willful and wanton.

35. Defendant City is sued in this Count pursuant to the doctrine of *respondeat superior*, in that Defendant Officers performed the actions complained of while on duty and/or in the employ of Defendant City, and while acting within the scope of this employment.

36. As a direct and proximate result of the acts of the Defendant Officers, Plaintiff was damaged, including the value of his lost liberty, exposure to public scandal and disgrace, damage to his reputation, mental and emotional suffering, humiliation, embarrassment, and anguish.

WHEREFORE the Plaintiff, SHONDRELL STEPHENSON, demands judgment against the Defendants, CITY OF CHICAGO and CHICAGO POLICE OFFICERS ORTIZ, Star #9748,

and ALTENBACH, Star #13832, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

## COUNT VI: Malicious Prosecution (State Law Claim)

### Against All Defendants

37. Plaintiff realleges each of the foregoing paragraphs as if fully set forth herein.

38. By the actions detailed above, Defendant Officers knowingly sought to and did in fact maliciously prosecute Plaintiff on false charges for which they knew there was no probable cause.

39. Defendant City is sued in this Count pursuant to the doctrine of *respondeat superior*, in that Defendant Officers performed the actions complained of while on duty and/or in the employ of Defendant City, and while acting within the scope of this employment.

40. As a direct and proximate result of the malicious prosecution, Plaintiff was damaged, including the value of his lost liberty, exposure to public scandal and disgrace, damage to his reputation, mental and emotional suffering, humiliation, embarrassment, and anguish.

WHEREFORE the Plaintiff, SHONDRELL STEPHENSON, demands judgment against the Defendants, CITY OF CHICAGO and CHICAGO POLICE OFFICERS ORTIZ, Star #9748, and ALTENBACH, Star #13832, for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

## COUNT VII: 745 ILCS 10/9-102 – Indemnification

41. Plaintiff realleges each of the foregoing paragraphs as if fully set forth herein.

42. Defendant City of Chicago is the employer of the Defendant Officers.

43. Defendant Officers committed the acts alleged above under color of law and in the scope of their employment as employees of the City of Chicago.

WHEREFORE the Plaintiff, SHONDRELL STEPHENSON, demands that, should any Defendant Officers be found liable on one or more of the claims set forth above, pursuant to 745 ILCS 10/9-102, the Defendant, CITY OF CHICAGO, be found liable for any judgment Plaintiffs obtain, as well as attorney's fees and costs awarded.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

    Respectfully Submitted,
    **SHONDRELL STEPHENSON**

By:   /s/ Brandon Brown
       *Plaintiff's Attorney*

THE BROWN LAW LTD.
4455 S. King Drive
Suite 100A
Chicago, Illinois 60653
T: (773) 624-8366
F: (773) 624-8365
E: bbrown@thebrownlaw.com