**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHONDRELL STEPHENSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:21-cv-00338 |
| THE CITY OF CHICAGO, a Municipal Corporation; Chicago Police Officer WILFREDO ORTIZ, Star No. 9748; and Chicago Police Officer ADAM ALTENBACH, Star No. 13832, | ) ) ) ) ) | Honorable Lindsay Jenkins  Magistrate Jeffrey Gilbert |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties file this joint status report as required by this Court's Order (ECF Nos. 119, 123).

**I. COMPLETED DEPOSITIONS**

The following depositions have been completed:

| | |
|---|---|
| Plaintiff Shondrell Stephenson | January 31, 2023 |
| Defendant Wilfredo Ortiz | March 27, 2023 |
| Larhonda Harris | April 18, 2023 |
| David Jackson | April 27, 2023 |
| ASA Katie Siefert | May 31, 2023 |
| Christine Harris-Soybeo | June 8, 2023 |

**II. REMAINING DEPOSITIONS**

The following depositions remain to be taken:

| | |
|---|---|
| ASA Jason Cohelo | July 26, 2023 at 10:30 a.m. |
| Officer Adam Altenbach | TBD |

The parties are working collaboratively to schedule Adam Altenbach's deposition during the last week in August or early September.

### III. MOTIONS

The City of Chicago intends to file a motion to bifurcate the *Monell* claim. Plaintiff does not object to the bifurcation motion.

### IV. THE PLEADINGS

The defendants' responsive pleading is due August 2, 2023. (ECF No. 121.)

### V. SETTLEMENT

The parties are interested in pursuing settlement, but we do not know if settlement is a realistic possibility at this time.

DATED: July 12, 2023                               Respectfully submitted,

| | |
|---|---|
| */s/ Jordan F. Yurchich* | */s/ Brandon Brown* |
| JORDAN F. YURCHICH | BRANDON BROWN |
| Scott A. Cohen, Asst. Corp. Cnsl. Supervisor | The Brown Law, Ltd. |
| Federal Civil Rights Litigation Division | 4455 South King Drive, Suite 100A |
| City of Chicago, Department of Law | Chicago, IL 60653 |
| 2 North LaSalle Street, Suite 420 | (773) 624-8366 |
| Chicago, Illinois 60602 | bbrown@thebrownlaw.com |
| 312.745.1625 (Phone) | ***Attorney for Plaintiff*** |
| Jordan.yurchich2@cityofchicago.org | |
| ***Attorneys for Ortiz and Altenbach*** | |

*/s/ Ashley Brody*
ASHLEY BRODY
Shneur Nathan
Avi Kamionski
Warren Fasone
Nathan & Kamionski LLP
33 West Monroe Street, Suite 1830
Chicago, Illinois 60603
312.957.4438
abrody@nklawllp.com
***Attorneys for the City of Chicago***